AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | CASE NUMBER: 08CR1698-JLS |
| JESUS DELGADO-GASPAR | 08-1340 |

I, __JESUS DELGADO-GASPAR__, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-27-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jesus Delgado Gaspar_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER